U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR 29 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### ALEXANDRIA DIVISION

| | |
|---|---|
| **ALLARICK CLAY** | **CIVIL ACTION NO. 07-0730-A** |
| -vs- | **JUDGE DRELL** |
| **WARDEN TIM WILKINSON, et al.** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

For the reasons contained in the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be and is hereby **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A (b)(1).

SIGNED on this 28th day of April, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE